## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 4th day of August, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

William J. Barrett, Esquire
Kimberly J. Robinson, Esquire
*Barack Ferrazzano Kirschbaum*
 *Perlman & Nagelber LLC*
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

_____
Mary E. Augustine (No. 4477)

617349v1